**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7337**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

FREDRICK DEMOND BATTLE,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever, III, Chief District Judge.  (5:09-cr-00150-D-1)

———————

Submitted:  November 19, 2014            Decided:  November 24, 2015

———————

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Fredrick Demond Battle, Appellant Pro Se.  Denise Walker, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fredrick Demond Battle appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Battle</u>, No. 5:09-cr-00150-D-1 (E.D.N.C. Aug. 17, 2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>